IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Haiping Su,<br><br>            Plaintiff,<br>   v.<br><br>National Aeronautics and Space Administration, et al.,<br><br>            Defendants.<br> | NO. C 09-02838 JW<br>NO. C 10-00222 JW<br><br>**ORDER DENYING MOTION TO RELATE AS UNNECESSARY** |

Presently before the Court is Plaintiff's Motion to Consider Whether Cases Should be Related. (See Administrative Motion to Relate, hereafter, "Motion to Relate," Docket Item No. 69.) Plaintiff seeks the Court's determination as to whether Haiping Su v. National Aeronautics and Space Administration, et al., Case No. C 09-2838, should be related to Haiping Su v. United States, et al., Case No. C 10-00222. Plaintiff contends that both cases concern substantially the same parties and events, and unduly burdensome duplication of labor and expense would result if the cases were conducted before different judges. (Motion to Relate at 2).

Since the two cases are both already assigned to Judge Ware, finding them related would serve no further purpose. Accordingly, the Court DENIES Plaintiff's Motion to Relate as unnecessary. If Plaintiff wishes to consolidate the cases, he shall file the appropriate motion.

Dated: March 4, 2010

                                                                       JAMES WARE<br>
                                                                       United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James McManis jmcmanis@mcmanislaw.com
Michael Gannon Reedy mreedy@mcmanislaw.com
Richard Tyler Atkinson tatkinson@mcmanisfaulkner.com
Vesper Mei vesper.mei@usdoj.gov

**Dated: March 4, 2010**     **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers
        Elizabeth Garcia
        Courtroom Deputy**